UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

HENRY MITCHELL                                     :

                Plaintiff(s)          :           **JUDGMENT**

(vs)                                               :           Civil #09-00953 (RBK)

BAYSIDE STATE PRISON, ET AL.                       :

                Defendant(s)         :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on November 12, 2009, and no timely objection having been filed,

IT IS, on this 9th day of February, 2010

ORDERED that the report of Hon. John W. Bissell dated November 12, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Henry Mitchell**.

 

_____
HON. ROBERT B. KUGLER, U.S.D.J.